UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br>  v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>  Defendant. | No. C20-1232RSL<br><br>ORDER VACATING ORDER |

On August 19, 2020, Judge Richard A Jones issued a Standing Order for Civil Cases. Dkt. # 3. On August 19, 2020, the above case was reassigned to Judge Robert S. Lasnik. Dkt. # 4.

The Standing Order at Dkt. # 3 is hereby VACATED. Counsel are reminded to familiarize themselves with the Federal rules of Civil Procedure, Local Rules of the Western District of Washington and the District's Electronic Filing Procedures.

DATED this 21st day of August, 2020.

                                  _____
                                  Robert S. Lasnik
                                  United States District Judge

ORDER VACATING ORDER