# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, an agency of the United States,<br><br>Defendant. | NO. 2:20-cv-01232-RSL<br><br>ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER |

Having considered the State of Washington's Motion for Clarification of Case Management Order, the Court hereby GRANTS the motion. The State of Washington may file a motion for summary judgment prior to the February 25th deadline set forth in the Case Management Order, and that motion may be considered on the noting date as calculated under the Local Civil Rules.

Dated this 7th day of December, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR CLARIFICATION OF
CASE MANAGEMENT ORDER
NO. 2:20-cv-01232-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744